UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIN CII CARBON LLC

                Plaintiff,

– against –

GLENCORE LTD.

                Defendant.

**ORDER**

24-cv-3482 (ER)

Ramos, D.J.:

    Plaintiff filed the complaint in the instant case, redacted, without leave of Court, as required by Rule 6 of Southern District of New York Electronic Case Filing Rules and Instructions. Nor did Plaintiff file a sealed, unredacted version of the complaint, as is likewise required by Rule 6, so that the Court and Defendant may access the filing.

    Plaintiff is directed to properly refile the complaint by May 10, 2024. If Plaintiff seeks to file the complaint with redactions, it must seek leave of Court by letter motion, as set forth in the Court's Individual Practices.

    It is SO ORDERED.

Dated: May 7, 2024
          New York, New York

                                                      Edgardo Ramos, U.S.D.J.