**DENTONS**

Gary Meyerhoff
Partner

gary.meyerhoff@dentons.com
D  +1 212-398-5780

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
United States

dentons.com

## MEMO ENDORSED

> Compliance with Order confirmed. Motion to File Redacted Complaint and to Seal Complaint Exhibit granted. The Clerk of Court is respectfully instructed to terminate Doc. 4.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 05/15/2024
> New York, New York

May 10, 2024

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Rain CII Carbon LLC v. Glencore Ltd*, 1:24-cv-03482-ER (Southern District of New York) – Compliance With Procedures For Filing Redacted Complaint

Dear Judge Ramos:

We represent Plaintiff Rain CII Carbon LLC in the above-referenced action.  We write to confirm compliance with the Court's May 7, 2024 Order regarding procedures for sealing and the filing of redactions.

Plaintiff filed a redacted version of its complaint to initiate this action on May 6, 2024.  We intended to file, simultaneously, a Motion to File a Redacted Complaint and to Seal Complaint Exhibit (the "Sealing Motion") that included versions of the unredacted documents in accordance with the Court's procedures.  Those rules also provide that the Sealing Motion cannot be filed until a judge is assigned to the case.   Since a judge was not assigned on May 6, 2024, we had to wait.

We received notice that the Court had assigned the case to Your Honor at around 9:45 a.m. on May 7, 2024.  At around 12 noon, we began filing the Sealing Motion papers—updated to include reference to Your Honor's assignment.  While in the midst of filing those papers, we received ECF notice of the Court's May 7, 2024 Order directing Plaintiff to comply with Your Honor's sealing motion rule.  (Indeed, Plaintiff's Notice of Motion and Memorandum of Law are on the docket as documents 6 and 7, the Court's Order follows as document 8, and the Meyerhoff Declaration in support of the motion, with attached unredacted documents, is document 9.)

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\126902866\V-4

DENTONS

**May 10, 2024**
Page 2

dentons.com

We believe that what Plaintiff already has filed provides the Court with what its rules, and Your Honor's individual practices, require: a notice of motion, an unredacted version of the Complaint marked with yellow highlighting to reflect the proposed redactions, a full copy of the unredacted exhibit to the Complaint (the contract at issue in the case), and a memorandum of law explaining the rationale behind the sealing/redacting at issue.

To confirm compliance with the Court's May 7, 2024 Order, we called Your Honor's chambers on May 7, 2024, May 8, 2024, and May 9, 2024, but were unable to make contact. We thus write this letter to do the same. We stand ready to refile any papers at the Court's direction or to be available for a conference as needed. We have not yet served Defendant; the summons has not yet been issued.

Respectfully,

*/s/ Gary Meyerhoff*
Gary Meyerhoff

US_ACTIVE\126902866\V-4